**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**IN RE:**

                                                      **CASE NO. 10-39669**
**BRETT LEE WHALEY**                  **CHAPTER 7 BANKRUPTCY**
**CHRISTAL DAWN WHALEY**
                 **DEBTORS**
 ------------------------------------------------------

**BRETT LEE WHALEY**
**CHRISTAL DAWN WHALEY**
                 **PLAINTIFFS**

**V.**                                               **ADV. NO. 11-03036**

**KELSEY-SEYBOLD MEDICAL GROUP,**
**PLLC , D/B/A KELSEY-SEYBOLD CLINIC**
                 **DEFENDANT**

## Notice of Voluntary Dismissal of Adversary Proceeding With Prejudice

        Plaintiffs, pursuant to Fed. R. Bank. P. Rule 7041, file this Notice of Voluntary Dismissal of Adversary Proceeding with prejudice.  No answer or motion for summary judgment has been filed by any adverse party duly served herein.

                        Respectfully submitted,

                        */s/ Charles (Chuck) Newton*
                        _____
                        **CHARLES (CHUCK) NEWTON**
                        Texas Bar No. 14976250
                        **CHARLES NEWTON & ASSOCIATES**
                        190 N. Millport Circle
                        The Woodlands, TX 77382

1

Phone (281) 681-1170, Ext. 3
Fax (281) 715-5755

Attorney For The Plaintiffs,
Mr. and Mrs. Whaley

## CERTIFICATE OF SERVICE

I certify that I caused the above Notice of Voluntary Dismissal to be served on those stated below by electronic means, if possible, otherwise by the means stated below.

| | |
|---|---|
| Brett Lee Whaley | MAIL (First Class) |
| Christal Dawn Whaley | FAX (No) |
| *Debtors / Plaintiffs* | EMAIL (No) |
| 21566 Kings Bend Drive | |
| Kingwood TX 77339 | |
| | |
| William W. Bivin | MAIL (No) |
| *Bankruptcy Atty. for Mr. and Mrs. Whaley* | FAX (No) |
| 1422 Stonehollow Suite A | EMAIL wbivin@bivinlaw.com |
| Kingwood TX 77339-2495 | |
| | |
| Office of the United States Trustee | MAIL (First Class) |
| 515 Rusk Avenue | FAX (No) |
| Suite 3516 | EMAIL (No) |
| Houston TX 77002 | |
| | |
| Matthew R. Reed | MAIL (No) |
| Thompson & Knight LLP | FAX (No) |
| Atty. for Kelsey-Seybold | EMAIL matt.reed@tklaw.com |
| Three Allen Center | |
| 333 Clay St., Suite 3300 | |
| Houston TX 77002 | |

DATED: March 23, 2011

*/s/ Charles (Chuck) Newton*
_____
**CHARLES (CHUCK) NEWTON**